**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Neal Everett Bland v. The State of Texas

Appellate case number:      01-16-00117-CR

Trial court case number:    1372425

Trial court:                185th District Court of Harris County

On January 10, 2017, we abated this case and remanded it to the trial court. In the abatement order, we directed the trial court to determine whether appellant wished to pursue his appeal; and if so, whether retained counsel, Carvana Hicks Cloud, should be permitted to withdraw and whether counsel should be appointed to represent appellant on appeal. The court reporter has filed a reporter's record of the February 15, 2017 abatement hearing at which appellant appeared through video teleconference and stated that he wished to pursue his appeal. The trial court found that retained counsel could no longer represent appellant "due to a conflict of interest," and recommended that she be allowed to withdraw. The trial court further found that appellant was indigent. The trial court clerk has filed a supplemental clerk's record that includes the trial court's order appointing Thomas Lewis to represent appellant on appeal.

Appellant has filed a motion to substitute counsel and reinstate the appeal. The motion is **granted.** The Clerk of this Court is directed to note Carvana Hicks Cloud's withdrawal as appellant's counsel and substitute Thomas Lewis as appointed counsel for appellant on the docket of this Court.

**No later than 30 days from the date of this order, appointed counsel is directed to notify the Court that he adopts the Appellant's Brief, filed on November 30, 2016, or to file an amended brief on appellant's behalf**. The State's brief will be due no later than 30 days from the date that counsel adopts the previously filed brief or files an amended brief. *See* TEX. R. APP. P. 38.6(b).

The case is **reinstated** on the Court's active docket.

It is so ORDERED.

Judge's signature:  /s/ Russell Lloyd

☑ Acting individually     ☐ Acting for the Court

Date:  March 14, 2017